**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Orlando CLEMENT, aka Rab, aka**
**Seal C, Defendant–Appellant.**

No. 12–50189.

United States Court of Appeals,
Ninth Circuit.

Submitted July 8, 2013.*

Filed July 22, 2013.

Davina T. Chen, Deputy Federal Public Defender, Federal Public Defender's Of-

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

fice, Los Angeles, CA, for Defendant–Appellant.

Jean–Claude Andre and Curtis A. Kin, Assistant United States Attorneys, Office of the United States Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Before: ALEX KOZINSKI, Chief Judge, WILLIAM C. CANBY, JR. and RICHARD C. TALLMAN, Circuit Judges.

## OPINION

PER CURIAM:

A review of the record indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Appellant's claims are foreclosed by *United States v. Augustine,* 712 F.3d 1290 (9th Cir.2013). Accordingly, appellee's motion for summary affirmance is granted.

Appellant's petition for initial hearing en banc is denied without prejudice to renewal as a petition for rehearing en banc. In *United States v. Augustine,* this court held that mandatory minimums in the Fair Sentencing Act of 2010 ("FSA"), Pub.L. No. 111–220, 124 Stat. 2372, did not apply in 18 U.S.C. § 3582(c)(2) proceedings to defendants sentenced before the FSA was enacted. *Id.* at 1295. Since *United States v. Augustine* was decided, an inter-circuit split has emerged. *See United States v. Blewett,* Nos. 12–5226, 12–5582, 719 F.3d 482, 2013 WL 2121945 (6th Cir. May 17, 2013) (holding defendants sentenced prior

to the enactment of the FSA are entitled to reductions).

**AFFIRMED.**